**Robert Wade WHITMORE, Petitioner,**

v.

**DEPARTMENT OF LABOR,
Respondent.**

No. 2011–3084.

United States Court of Appeals,
Federal Circuit.

March 29, 2011.

Paula Dinerstein, Public Employees for Envir Respons, Washington, DC, for Petitioner.

Lauren A. Weeman, James V. Blair, Jennifer M. Dillard, Department of Labor, Washington, DC, for Respondent.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re Kenneth M. PONDER and
Steffan Thomas, Jr.**

No. 2011–1163.

United States Court of Appeals,
Federal Circuit.

March 29, 2011.

Raymond T. Chen, Patent & Trademark Office, Alexandria, VA, for Appellee.

Todd Deveau, Thomas, Kayden, Horstemeyer, Atlanta, GA, for Appellants.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.